UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO,

                          Plaintiff,

                -v-

THE LEATHERWORKS, INC.,

                          Defendant.

23-CV-4629 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant was served on June 16, 2023. However, no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

If Plaintiff fails by August 18, 2023, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Defendant.

SO ORDERED.

Dated: August 4, 2023
       New York, New York

                                                     J. PAUL OETKEN
                                                  United States District Judge